**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                      **RE:    August Jose ANDERSON**
                                                   **Docket Number:   2:09CR00290-01**
                                                   **REQUEST TO RECALL WARRANT**

Your Honor:

On May 23, 2011, the above-named was sentenced to time served and placed on Supervised Release for a period of 3 years. Special conditions included: Warrantless search; Financial disclosure; Substance abuse treatment, testing, and co-payment; Abstain from alcohol. In addition, Mr. Anderson was ordered to pay a $100 special assessment.

After Mr. Anderson's sentencing on May 23, 2011, there was no contact made by the releasee to the probation office. The probation officer subsequently contacted the El Dorado County Probation Office in South Lake Tahoe where he most recently resided, and they indicated they had no outstanding terms of supervision pending, and they provided a last-known phone number. The probation officer attempted to telephonically contact the releasee, and the number had been disconnected. Furthermore, record checks were conducted on June 20, 2011, which indicated no new law violations or custody sentences. In addition, a home contact was conducted and a card was left on June 30, 2011. No contact was made by the releasee. Therefore, based on the fact the releasee failed to contact the probation officer, a petition requesting a warrant for the releasee's arrest was filed on July 19, 2011. U.S. Marshals subsequently determined the releasee was in state custody based on El Dorado County Case Number 09CRS0084, and he had a scheduled release date of September 15, 2012. (Apparently, the releasee went from federal custody directly back to state custody and was never released to the community.)

1

Rev. 11/2009
MEMO ~ COURT.MRG

RE: August Jose ANDERSON
Docket Number: 2:09CR00290-01
**REQUEST TO RECALL WARRANT**

Therefore, we are requesting the warrant be recalled in this case, as the releasee's term of Supervised Release will begin when he is released from state custody.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

Dated: January 18, 2012
Roseville, California
SRS:cd

**REVIEWED BY:** /s/ Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

cc: Jared Dolan
Assistant United States Attorney

Michael Petrik, Jr.
Defense Counsel

**ORDER:**

(X) The warrant in this case is recalled.

( ) Other:

**RE: August Jose ANDERSON
Docket Number: 2:09CR00290-01
REQUEST TO RECALL WARRANT**

Dated: January 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge